# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Neville Goedhals, Individually and as Personal Representative of the Estate of Elsie Goedhals, Deceased,**

      **Plaintiff,**

**vs.**                                                          **Case No. 8:04-cv-2081-MSS**

**Minnesota Life Insurance Company,**

      **Defendant.**

_____/

## ORDER

This cause comes on for consideration *sua sponte*. The Court has been advised of the parties' settlement. Accordingly, pursuant to Local Rule 3.08(b) of the M.D. Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to reopen the action within **sixty (60) days** of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. All pending motions are **DENIED AS MOOT**. The Clerk is directed to close the file.

**DONE AND ORDERED** in Tampa, Florida on this 17th day of November, 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
Counsel of Record